| | |
|---|---|
| Jack P. DiCanio (SBN 138752)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 470-4660<br>Facsimile: (213) 621-5430<br>Email: jack.dicanio@skadden.com<br><br>Steven C. Sunshine (admitted *pro hac vice*)<br>Julia K. York (admitted *pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005-2111<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>Email: steven.sunshine@skadden.com<br>Email: julia.york@skadden.com<br><br>Karen Hoffman Lent (admitted *pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>Email: karen.lent@skadden.com<br><br>*Attorneys for Defendants Apple Inc. and Tim Cook* | John E. Schmidtlein (SBN 163520)<br>Carol J. Pruski (SBN 275953)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>Email: jschmidtlein@wc.com<br>Email: cpruski@wc.com<br><br>*Attorneys for Defendants Google LLC, Alphabet Inc., XXVI Holdings Inc., Sundar Pichai, and Eric Schmidt* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARY KATHERINE ARCELL, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, ALPHABET INC., XXVI HOLDINGS INC., APPLE INC., TIM COOK, SUNDAR PICHAI, and ERIC SCHMIDT,<br><br>　　　　　Defendants. | CASE NO. 5:22-cv-2499-EJD<br><br>**STATEMENT OF RECENT DECISION RELEVANT TO MOTION TO DISMISS**<br><br>Date: June 8, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 4<br>Judge: Hon. Edward J. Davila |

Pursuant to Northern District of California Civil Local Rule 7-3(d)(2), Defendants Google LLC, Alphabet Inc., XXVI Holdings Inc., Sundar Pichai, Eric Schmidt, Apple Inc., and Tim Cook (collectively, "Defendants") respectfully submit this Statement of Recent Decision to bring to the Court's attention Judge Haywood S. Gilliam, Jr.'s recent decision in *California Crane School, Inc. v. Google LLC et al.*, 4:21-cv-10001 (Mar. 31, 2023 N.D. Cal.), ECF No. 104. Judge Gilliam granted a motion to dismiss by the same Defendants as in this case against a complaint filed by the same Plaintiffs' counsel asserting the same two legal claims. A true and correct copy of the decision is attached hereto as Exhibit A. The *California Crane* decision concerns allegations similar to those at issue in the instant action and is therefore relevant to issues raised in Defendants' pending Motion to Dismiss (ECF No. 25), which is scheduled for oral argument on June 8, 2023.

DATED: April 3, 2023            By: /s/ Steve Sunshine

Steven C. Sunshine (admitted *pro hac vice*)
Julia K. York (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

Jack P. DiCanio (SBN 138752)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4660
Facsimile: (213) 621-5430
Email: jack.dicanio@skadden.com

Karen Hoffman Lent (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: karen.lent@skadden.com

*Attorneys for Defendants Apple Inc. and Tim Cook*

| | |
|---|---|
| 1    DATED: April 3, 2023 | By: /s/ John Schmidtlein |

                                                             John E. Schmidtlein (SBN 163520)
                                                             Carol J. Pruski (SBN 275953)
                                                             WILLIAMS & CONNOLLY LLP
                                                             680 Maine Avenue, S.W.
                                                             Washington, D.C. 20024
                                                             Telephone: (202) 434-5000
                                                             Facsimile: (202) 434-5029
                                                             Email: jschmidtlein@wc.com
                                                             Email: cpruski@wc.com

*Attorneys for Defendants Google LLC, Alphabet Inc., XXVI Holdings Inc., Sundar Pichai, and Eric Schmidt*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document, and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

DATED:  April 3, 2023                    By: /s/ Steve Sunshine