UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KATHERINE ARCELL, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>          Defendants. | Case No.  22-cv-02499-RFL<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 96 |

Defendants Apple Inc. and Tim Cook's Motion to Dismiss is suitable for disposition without oral argument pursuant to Civil Local Rule 7-1(b).  The Court **VACATES** the hearing set for April 30, 2024 and **GRANTS** the motion to dismiss.  The Second Amended Complaint contains no claims against Apple and Cook, though they are named in the caption, and Apple and Cook are therefore dismissed with prejudice from the case.  (*See* Dkt. No. 94 at 10 (warning Plaintiffs that failure to meet the deadline to assert claims in a second amended complaint would result in "dismissal with prejudice").)  Plaintiffs state in their opposition brief that they intend to file various other motions to seek leave to amend to add Apple and Cook back into the case.  Those motions are not before the Court at this time, and will be addressed if and when they are filed.

     **IT IS SO ORDERED.**

Dated: April 23, 2024

RITA F. LIN
United States District Judge

1