Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Last Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mary Katherine Arcell, *et al.*, | Case No: 3:22-cv-02499-RFL |
| Plaintiffs, | |
| vs. | **STATEMENT OF RECENT DECISION PURUSANT TO LOCAL RULE 7-3(d)(2)** |
| Google LLC, Alphabet, Inc., XXVI Holdings, Inc., Apple, Inc., Tim Cook, Sundar Pichai, and Eric Schmidt, | Judge: Hon. Rita F. Lin |
| Defendants. | |

Pursuant to Northern District of California Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision to bring this Court's attention to Judge Amit P. Mehta's Memorandum Opinion and decision after trial on the merits in *United States of America v. Google, LLC*, Case No. 20-cv-3010 (APM), United States District Court for the District of Columbia, ECF No. 1033. Judge Mehta, sitting as trier of fact, found that Google has violated Section 2 of the Sherman Act by maintaining its monopoly in the general search services and general text advertising markets. *Id*. at page 276.

Plaintiffs believe that this Memorandum Opinion evokes the application of Section 5 of the Clayton Antitrust Act and the doctrine of collateral estoppel in this case.

A true and correct copy of the Memorandum Opinion is attached hereto as Exhibit A.

Dated: August 5, 2024            Respectfully submitted:

By:   s/ Joseph M. Alioto
      Joseph M. Alioto (SBN 42680)
      Tatiana V. Wallace (SBN 233939)
      ALIOTO LAW FIRM
      One Sansome Street, Suite 3500
      San Francisco, CA 94104
      Telephone: (415) 434-8900
      Email: jmalioto@aliotolaw.com

LAW OFFICES OF LINGEL H. WINTERS
A Professional Corporation
Lingel H. Winters, Esq. (SBN 37759)
2900 Shasta Rd. Berkeley, CA 94708
Tel: (510) 845-5914 Email: sawmill2@aol.com

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Josephine Alioto (SNB 282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: jalioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Robert J. Bonsignore (SBN
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155

1  Phone: 781-856-7650
   Email: rbonsignore@classactions.us
2
3  Jeffrey K. Perkins (SBN 57996)
   LAW OFFICES OF JEFFREY K. PERKINS
4  1550-G Tiburon Boulevard, #344
   Tiburon, California 94920
5  Telephone: (415) 302-1115

6  *Attorneys for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28