UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KATHERINE ARCELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>Defendants. | Case No. 22-cv-02499-RFL   (SK)<br><br>**ORDER ON DISCOVERY DISPUTES**<br><br>Regarding Docket Nos. 173, 174 |

Now before the Court are the letter briefs regarding the discovery disputes regarding the deposition of non-party Apple's Chief Executive Officer, Tim Cook and the deposition of the Chief Executive Officer of Defendants Google LLC and Alphabet Inc., Sundar Pichai.

The Court DENIES the motions to compel the depositions of Cook and Pichai at this time, for the same reasons set forth in the previous Orders. (Dkt. Nos. 159, 161.) Although Plaintiffs have received some discovery from Defendants, they have taken no depositions of any person and issued no written discovery requests to Apple. Plaintiffs claim that they are not required to explain why they need testimony specifically from Cook and Pichai, but in the absence of an explanation for why they seek depositions from them first, without any other depositions, the Court finds that the attempt to depose Cook and Pichai is still premature. This Order is without prejudice to Plaintiffs seeking to depose Cook and Pichai if they are able to demonstrate a need to do so after exhausting other methods of discovery.

**IT IS SO ORDERED**.

Dated: November 5, 2025

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge