UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY KATHERINE ARCELL, et al.,

Plaintiffs,

v.

GOOGLE LLC, et al.,

Defendants.

Case No.  22-cv-02499-RFL

**ORDER DENYING REQUEST FOR RELIEF FROM NONDISPOSITIVE ORDERS OF MAGISTRATE JUDGE**

Re: Dkt. No. 180

Having reviewed Magistrate Judge Kim's Discovery Orders (Dkt. Nos. 175, 179), the Request for Relief from those Orders (Dkt. No. 180), as well as the joint letter briefs submitted about the discovery disputes (Dkt. Nos. 173–74, 176–78), and the materials cited in the prior Order Denying Relief from Nondispositive Orders of Magistrate Judge on related topics (Dkt. No. 171), the Discovery Orders at issue are well-reasoned and are not clearly erroneous or contrary to law.  The apex doctrine is well-established and appropriately applied here, and does not violate equal protection in light of the heightened potential for abuse and harassment that such discovery can pose.  Nor has the required showing been made to hold an *ex parte* proceeding *in camera*.  Accordingly, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated:  November 21, 2025

RITA F. LIN
United States District Judge