UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KATHERINE ARCELL, et al., <br> Plaintiffs, <br> v. <br> GOOGLE LLC, et al., <br> Defendants. | Case No. 22-cv-02499-RFL   (SK) <br><br> **ORDER QUASHING DEPOSITION SUBPOENAS** <br><br> Regarding Docket No. 185 |

Now before the Court is the joint letter brief addressing the discovery dispute regarding the Plaintiffs' deposition subpoenas to the individuals who are not parties to this action but who are former senior executives of non-party Apple Inc.: (1) Eddy Cue, Senior Vice President, Services; (2) John Giannandrea, Senior Vice President, Machine Learning and AI Strategy; (3) Luca Maestri, former CFO and current Vice President, Corporate Services; (4) Bruce Sewell, former General Counsel; and (5) Peter Stern, former Vice President, Services.  The Court HEREBY QUASHES the subpoenas.

This dispute is identical to the earlier dispute in which Plaintiffs sought these individuals' depositions.  The Court denied Plaintiffs' request on April 29, 2025 and noted that Plaintiffs had not taken sufficient discovery from less intrusive means from actual parties in this case.  After eight months, Plaintiffs fail to make a showing that they have taken that discovery to justify this second request.

**IT IS SO ORDERED**.

Dated: December 15, 2025

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge