UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KATHERINE ARCELL, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC, et al.,<br><br>  Defendants. | Case No. 22-cv-02499-RFL<br><br>**ORDER DENYING OBJECTION TO NONDISPOSITIVE ORDERS OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 189 |

Having reviewed Magistrate Judge Kim's Discovery Order (Dkt. No. 187) the Objection to that Order (Dkt. No. 189), and the parties' Joint Discovery Letter (Dkt. No. 185), the requested relief is denied for the reasons already stated in the Court's prior order (Dkt. No. 183). The Discovery Order at issue is well-reasoned and is not clearly erroneous or contrary to law. Accordingly, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 6, 2026

RITA F. LIN
United States District Judge

1