United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY KATHERINE ARCELL, et al.,

Plaintiffs,

v.

GOOGLE LLC, et al.,

Defendants.

Case No. 22-cv-02499-RFL   (SK)

**ORDER DENYING REQUEST FOR CLARIFICATION**

Regarding Docket No. 188

The Court HEREBY DENIES Plaintiff's request for clarification of the Court's Order dated May 15, 2025 as MOOT.

**IT IS SO ORDERED**.

Dated: January 8, 2026

_____

SALLIE KIM
United States Magistrate Judge