John E. Schmidtlein (SBN 163520)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029
Email:      jschmidtlein@wc.com

*Attorneys for Defendants Google LLC,
Alphabet Inc., and XXVI Holdings Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARY KATHERINE ARCELL, *et al*.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC, ALPHABET INC., and XXVI HOLDINGS INC.,<br><br>          Defendants. | Case No. 3:22-cv-2499-RFL<br><br>**[~~PROPOSED~~] ORDER ON DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO RESCHEDULE HEARING ON DISPOSITIVE MOTIONS** |

**[~~PROPOSED~~] ORDER**

Upon consideration of Defendants' Unopposed Motion to Reschedule Hearing on Dispositive Motions, it is hereby

ORDERED that the hearing on dispositive motions is rescheduled from July 14, 2026 at 10:00 AM to July 28, 2026 at 10:00 AM.

IT IS SO ORDERED.


DATED: _**May 14, 2026**

Rita F. Lin
United States District Judge

[~~PROPOSED~~] ORDER ON UNOPPOSED ADMINISTRATIVE MOTION TO RESCHEDULE HEARING          Case No. 3:22-cv-2499-RFL