John E. Schmidtlein (SBN 163520)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029
Email:    jschmidtlein@wc.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY KATHERINE ARCELL, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, ALPHABET INC., and XXVI HOLDINGS INC., <br><br> Defendants. | Case No. 3:22-cv-2499-RFL-SK <br><br> **DECLARATION OF JOHN E. SCHMIDTLEIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Judge:        Hon. Rita F. Lin |

I, John E. Schmidtlein, make the following declaration:

1.    I am a member of the Bar of the State of California and am authorized to appear before this Court.  I am a partner at the law firm of Williams & Connolly LLP and the attorney of record for Defendants Google LLC, Alphabet Inc., and XXVI Holdings Inc. (collectively, "Defendants" or "Google").  I submit this declaration in support of Defendants' Motion for Summary Judgment.  I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, I could and would testify competently thereto.

2.    Plaintiffs did not serve any expert reports in this case.

3.    I am not aware of Plaintiffs having served a subpoena on any third-party entity in this case except for Apple Inc.

4.    On December 17, 2025, Plaintiffs' counsel forwarded by email a subpoena for documents directed to Apple Inc.  Attached as Exhibit 1 is a true and correct copy of that subpoena.

5.    On December 24, 2025, Plaintiffs' counsel sent by email a subpoena for a Rule 30(b)(6) deposition of Apple Inc.  A copy of that subpoena was previously filed at ECF No. 209-1 on January 22, 2026.

6.    Plaintiffs served certain discovery requests on Google, including Requests for Production of Documents dated February 14, 2025 and Interrogatories dated February 14, 2025.  I reviewed those discovery requests, and in my view none of them related to Plaintiffs' demand for "injunctive relief," including "a forward-looking divestiture."  Pls.' Third Am. Compl. (ECF No. 124) ¶¶ 397-98.

7.    Plaintiffs conducted four Rule 30(b)(1) depositions of current or former Google employees and a Rule 30(b)(6) deposition of Google.  I attended all of those depositions, and in my view none of the questions related to Plaintiffs' demand for "injunctive relief," including "a forward-looking divestiture."  Pls.' Third Am. Compl. (ECF No. 124) ¶¶ 397-98.

8.    Based on a review of publicly available dockets and complaints, Plaintiffs in this case collectively appear to have brought at least 17 antitrust lawsuits through the same lead counsel, with each Plaintiff having been a party in at least 6 of those cases.

DECLARATION OF JOHN E. SCHMIDTLEIN                                                    Case No. 3:22-cv-2499-RFL-SK

9. The chart below lists the 17 actions referenced in the previous paragraph and the names of the plaintiffs in each case who match the names of a Plaintiff in this case.

| Captions of Other Cases | Plaintiffs' Names |
|---|---|
| *Faust, et al. v. Paramount Skydance Corporation et al.*, No. 4:26-cv-03790-AMO (N.D. Cal.) | Pamela Faust<br>Len Marazzo<br>Lisa McCarthy<br>Gary Talewsky |
| *Yoshimoto, et al. v. Alaska Airlines, Inc.*, No. 1:24-cv-00173-DKW-WRP (D. Haw.) | Carolyn Fjord<br>Donald Freeland<br>Bill Rubinsohn<br>Clyde Stensrud |
| *Fry. et al. v. Capital One Financial Corp.*, No. 3:25-cv-03769-HSG (N.D. Cal.) | Jose Brito<br>Jan Marie Brown<br>Rosemary D'Augusta<br>Pamela Faust<br>Carolyn Fjord<br>Donald Freeland<br>Len Marazzo<br>Lisa McCarthy<br>Timothy Nieboer<br>Deborah Pulfer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Pamela Ward<br>Christine Whalen |
| *Freeland, et al. v. Nippon Steel Corp. et al.*, No. 5:25-cv-01240-EKL (N.D. Cal.) | Jose Brito<br>Jan-Marie Brown<br>Rosemary D'Augusta<br>Pamela Faust<br>Carolyn Fjord<br>Donald Freeland<br>Michael Malaney<br>Lenard Marazzo<br>Lisa McCarthy<br>Timothy Nieboer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Duane Stensrud<br>Pamela Ward<br>Christine Whalen |

| | |
|---|---|
| *Whalen, et al. v. Albertsons Companies Inc., et al.*, No. 3:23-cv-00459-VC (N.D. Cal.) | Mary Katherine Arcell<br>Jose Brito<br>Jan-Marie Brown<br>Rosemary D'Augusta<br>Brenda Davis<br>Pamela Faust<br>Carolyn Fjord<br>Donald Freeland<br>Gabriel Garavanian<br>Harry Garavanian<br>Valarie Jolly<br>Michael Malaney<br>Lenard Marazzo<br>Lisa McCarthy<br>Timothy Nieboer<br>Deborah Pulfer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Duane Stensrud<br>Gary Talewsky<br>Pamela Ward<br>Christine Whalen |
| *Garavanian, et al. v. JetBlue Airways Corporation, et al.*, No. 1:23-cv-10678-WGY (D. Mass.) | Mary Katherine Arcell<br>Jose Brito<br>Brenda Davis<br>Rosemary D'Augusta<br>Pamela Faust<br>Carolyn Fjord<br>Gabriel Garavanian<br>Harry Garavanian<br>Valerie Jolly<br>Michael Malaney<br>Lenard Marazzo<br>Lisa McCarthy<br>Timony Nieboer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Christine Whalen |
| *D'Augusta, et al. v. American Petroleum Institute, et al.*, No. 4:22-cv-01979-JSW (N.D. Cal.) | Mary Katherine Arcell<br>Jose Brito<br>Jan-Marie Brown<br>Rosemary D'Augusta<br>Brenda Davis<br>Pamela Faust |

- 3 -

DECLARATION OF JOHN E. SCHMIDTLEIN                                      Case No. 3:22-cv-2499-RFL-SK

| | |
|---|---|
| | Carolyn Fjord<br>Donald Freeland<br>Gabriel Garavanian<br>Valarie Jolly<br>Michael Malaney<br>Lenard Marazzo<br>Lisa McCarthy<br>Timothy Nieboer<br>Deborah Pulfer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Pamela Ward<br>Christine Whalen |
| *McCarthy, et al. v. Intercontinental Exchange, Inc., et al.*, No. 3:20-cv-05832-JD (N.D. Cal.) | Mary Katherine Arcell<br>Keith Dean Bradt<br>Jose Brito<br>Jan-Marie Brown<br>Rosemary D'Augusta<br>Carolyn Fjord<br>Donald Freeland<br>Donna Frye<br>Gabriel Garavanian<br>Harry Garavanian<br>Valerie Jolly<br>Michael Malaney<br>Lisa McCarthy<br>Lenard Marazzo<br>Timony Nieboer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Christine Ward |
| *Bradt, et al. v. T-Mobile US, Inc., et al.*, No. 5:19-cv-07752-BLF (N.D. Cal.) | Jose Brito<br>Brenda Davis<br>Pamela Faust<br>Carolyn Fjord<br>Gabe Garavanian<br>Harry Garavanian<br>Valarie Jolly<br>Michael Malaney<br>Len Marazzo<br>Lisa McCarthy<br>Deborah Pulfer |

- 4 -

| | |
|---|---|
| | Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Pamela Ward<br>Christine Whalen |
| *Grace, et al. v. Alaska Air Group, Inc. et al.*, No. 3:16-cv-05165-WHA (N.D. Cal.) | Mary Katherine Arcell<br>Jose Brito<br>Jan-Marie Brown<br>Rosemary D'Augusta<br>Brenda Davis<br>Pamela Faust<br>Carolyn Fjord<br>Donald Freeland<br>Gabriel Garavanian<br>Harry Garavanian<br>Valarie Jolly<br>Michael Malaney<br>Lenard Marazzo<br>Lisa McCarthy<br>Deborah Pulfer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Pamela Ward |
| *Prosterman, et al v. Airline Tariff Publishing Company, et al.*, No. 3:16-cv-02017-MMC (N.D. Cal.) | Mary Katherine Arcell<br>Jose Brito<br>Jan-Marie Brown<br>Rosemary D'Augusta<br>Brenda Davis<br>Pamela Faust<br>Carolyn Fjord<br>Donald C. Freeland<br>Gabriel Garavanian<br>Harry Garavanian<br>Valarie Jolly<br>Michael Malaney<br>Lenard Marazzo<br>Lisa McCarthy<br>Deborah Pulfer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Pamela Ward |

- 5 -

|  | Christine Whalen |
|---|---|
| *Nypl, et al. v. JP Morgan Chase & Co., et al.*, No. 3:15-cv-02290-VC (N.D. Cal.), *transferred to* No. 1:15-cv-09300-LGS (S.D.N.Y.) | Valarie Jolly<br>Lisa McCarthy<br>Bill Rubinsohn |
| *Fjord, et al. v. US Airways Group, Inc., et al.*, No. 4:13-cv-03041-SBA (N.D. Cal.) | Mary Katherine Arcell<br>Jose Brito<br>Jan-Marie Brown<br>Rosemary D'Augusta<br>Brenda Davis<br>Pamela Faust<br>Carolyn Fjord<br>Donald Freeland<br>Gabriel Garavanian<br>Harry Garavanian<br>Valarie Jolly<br>Michael Malaney<br>Lenard Marazzo<br>Lisa McCarthy<br>Deborah Pulfer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Pamela Ward |
| *Taleff, et al. v. Southwest Airlines Co., et al.*, No. 3:11-cv-02179-JW (N.D. Cal.) | Mary Katherine Arcell<br>Jose Brito<br>Jan-Marie Brown<br>Rosemary D'Augusta<br>Brenda Davis<br>Pamela Faust<br>Carolyn Fjord<br>Donald C. Freeland<br>Gabriel Garavanian<br>Harry Garavanian<br>Valarie Jolly<br>Michael Malaney<br>Lenard Marazzo<br>Lisa McCarthy<br>Deborah Pulfer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Pamela Ward<br>Christine Whalen |

- 6 -

DECLARATION OF JOHN E. SCHMIDTLEIN                                    Case No. 3:22-cv-2499-RFL-SK

| | |
|---|---|
| *Malaney, et al v. UAL Corporation, et al.*, No. 3:10-cv-02858-RS (N.D. Cal.) | Jose Brito<br>Jan Marie Brown<br>Rosemary D'Augusta<br>Brenda Davis<br>Pamela Faust<br>Carolyn Fjord<br>Donald Freeland<br>Gabriel Garavanian<br>Harry Garavanian<br>Valarie Jolly<br>Michael Malaney<br>Len Marazzo<br>Lisa McCarthy<br>Deborah Pulfer<br>Bill Rubinsohn<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Pamela Ward<br>Christine Whalen |
| *D'Augusta, et al. v. Northwest Airlines Corporation, et al.*, No. 3:08-cv-03007-VRW (N.D. Cal.) | Jose Brito<br>Rosemary D'Augusta<br>Carolyn Fjord<br>Gabe Garavanian<br>Valarie Jolly<br>Michael Malaney<br>Lisa McCarthy<br>Deborah Pulfer<br>Sondra Russell<br>Clyde Stensrud<br>Gary Talewsky<br>Pamela Ward |
| *Tam Travel, Inc., et al v. Delta Airlines, Inc., et al.*, No. 4:03-cv-01502-SBA (N.D. Cal.), *transferred to* No. 1:03-cv-30001-PCE (N.D. Ohio) | Mary Katherine Arcell<br>Rosemary D'Augusta<br>Carolyn Fjord<br>Bill Rubinsohn<br>Sandy Russell<br>Christine Whalen |

10.    On June 27, 2025, Google served its First Set of Interrogatories on each Plaintiff.

11.    On May 5, 2026, Plaintiffs filed a Declaration of Lawrence Papale at ECF No. 245 that attached the Responses to Defendants' First Set of Interrogatories served by 20 of the 22

- 7 -

Plaintiffs. *See* Ex. C to Papale Decl. (ECF No. 245-3), Exs. E-F to Papale Decl. (ECF Nos. 245-5 to 245-6), Exs. H-I to Papale Decl. (ECF Nos. 245-7 to 245-9), and Exs. K-Y to Papale Decl. (ECF Nos. 246 to 246-7 and 247 to 247-6).

12.     To avoid duplicative filings, Google's Memorandum cites these previously filed copies of Plaintiffs' Responses to Defendants' First Set of Interrogatories where applicable, and I attach the Responses to Defendants' First Set of Interrogatories for only the two Plaintiffs not covered by the filing referenced in the previous paragraph.

13.     Attached as Exhibit 2 is a true and correct copy of Plaintiff Rosemary D'Augusta's Responses to Defendants' First Set of Interrogatories.

14.     Attached as Exhibit 3 is a true and correct copy of Plaintiff Carolyn Fjord's Responses to Defendants' First Set of Interrogatories.

15.     The Declaration of Lawrence Papale filed at ECF No. 245 on May 5, 2026 also attached the Supplemental Responses to Defendants' First Set of Interrogatories served by 3 of the 22 Plaintiffs. *See* Ex. D to Papale Decl. (ECF No. 245-4), Ex. G to Papale Decl. (ECF No. 245-7), and Ex. J to Papale Decl. (ECF No. 245-10).

16.     To avoid duplicative filings, Google's Memorandum cites the previously filed copies of Plaintiffs' Supplemental Responses to Defendants' First Set of Interrogatories where applicable, and I attach the Supplemental Responses to Defendants' First Set of Interrogatories for only the 19 Plaintiffs not covered by the filing referenced in the previous paragraph.

17.     Attached as Exhibit 4 is a true and correct copy of Plaintiff Jose Brito's Supplemental Responses to Defendants' First Set of Interrogatories.

18.     Attached as Exhibit 5 is a true and correct copy of Plaintiff Jan Marie Brown's Supplemental Responses to Defendants' First Set of Interrogatories.

19.     Attached as Exhibit 6 is a true and correct copy of Plaintiff Brenda Davis' Supplemental Responses to Defendants' First Set of Interrogatories.

20.     Attached as Exhibit 7 is a true and correct copy of Plaintiff Pamela Faust's Supplemental Responses to Defendants' First Set of Interrogatories.

- 8 -

DECLARATION OF JOHN E. SCHMIDTLEIN                                                    Case No. 3:22-cv-2499-RFL-SK

21.    Attached as Exhibit 8 is a true and correct copy of Plaintiff Donald Freeland's Supplemental Responses to Defendants' First Set of Interrogatories.

22.    Attached as Exhibit 9 is a true and correct copy of Plaintiff Gabriel Garavanian's Supplemental Responses to Defendants' First Set of Interrogatories.

23.    Attached as Exhibit 10 is a true and correct copy of Plaintiff Harry Garavanian's Supplemental Responses to Defendants' First Set of Interrogatories.

24.    Attached as Exhibit 11 is a true and correct copy of Plaintiff Valarie Jolly's Supplemental Responses to Defendants' First Set of Interrogatories.

25.    Attached as Exhibit 12 is a true and correct copy of Plaintiff Michael Malaney's Supplemental Responses to Defendants' First Set of Interrogatories.

26.    Attached as Exhibit 13 is a true and correct copy of Plaintiff Len Marazzo's Supplemental Responses to Defendants' First Set of Interrogatories.

27.    Attached as Exhibit 14 is a true and correct copy of Plaintiff Lisa McCarthy's Supplemental Responses to Defendants' First Set of Interrogatories.

28.    Attached as Exhibit 15 is a true and correct copy of Plaintiff Timothy Nieboer's Supplemental Responses to Defendants' First Set of Interrogatories.

29.    Attached as Exhibit 16 is a true and correct copy of Plaintiff Deborah Pulfer's Supplemental Responses to Defendants' First Set of Interrogatories.

30.    Attached as Exhibit 17 is a true and correct copy of Plaintiff Bill Rubinsohn's Supplemental Responses to Defendants' First Set of Interrogatories.

31.    Attached as Exhibit 18 is a true and correct copy of Plaintiff Sondra Russell's Supplemental Responses to Defendants' First Set of Interrogatories.

32.    Attached as Exhibit 19 is a true and correct copy of Plaintiff Clyde Stensrud's Supplemental Responses to Defendants' First Set of Interrogatories.

33.    Attached as Exhibit 20 is a true and correct copy of Plaintiff Gary Talewsky's Supplemental Responses to Defendants' First Set of Interrogatories.

34.    Attached as Exhibit 21 is a true and correct copy of Plaintiff Pamela Sue Ward's Supplemental Responses to Defendants' First Set of Interrogatories.

DECLARATION OF JOHN E. SCHMIDTLEIN                                    Case No. 3:22-cv-2499-RFL-SK

35.    Attached as Exhibit 22 is a true and correct copy of Plaintiff Christine Whalen's Supplemental Responses to Defendants' First Set of Interrogatories.

36.    Attached as Exhibit 23 is a true and correct copy of excerpts of the Expert Report of Dr. Andres V. Lerner dated March 6, 2026.

37.    Attached as Exhibit 24 is a true and correct copy of the Final Judgment dated December 5, 2025 in *United States v. Google LLC*, No. 20-cv-3010-APM (D.D.C.) ("*U.S. v. Google*").

38.    Attached as Exhibit 25 is a true and correct copy of excerpts of a transcript of the trial testimony of Eddy Cue on September 26, 2023 in *U.S. v. Google*, which was produced by Google in this case with beginning bates number GOOG-ARCELL-00027138.

39.    Attached as Exhibit 26 is a true and correct copy of excerpts of a transcript of the designated deposition testimony of Mitchell Baker in *U.S. v. Google*. The deposition was conducted on January 6, 2022, and the designated excerpts were played at trial in that case on November 1, 2023 and produced by Google in this case with beginning bates number GOOG-ARCELL-00045851.

40.    Attached as Exhibit 27 is a true and correct copy of excerpts of a transcript of the remedies hearing testimony of Eric Muhlheim on May 2, 2025 in *U.S. v. Google*, which was produced by Google in this case with beginning bates number GOOG-ARCELL-00075237.

41.    Attached as Exhibit 28 is a true and correct copy of excerpts of a transcript of the designated deposition testimony of Eric Christensen in *U.S. v. Google*. The deposition was conducted on December 21, 2021, and the designated excerpts were played at trial in that case on November 1, 2023 and produced by Google in this case with beginning bates number GOOG-ARCELL-00045827.

42.    Attached as Exhibit 29 is a true and correct copy of excerpts of a transcript of the designated deposition testimony of Jeffrey Giard in *U.S. v. Google*. The deposition was conducted on January 10 and 11, 2022, and the designated excerpts were played at trial in that case on November 8, 2023 and produced by Google in this case with beginning bates number GOOG-ARCELL-00045893.

DECLARATION OF JOHN E. SCHMIDTLEIN                                        Case No. 3:22-cv-2499-RFL-SK

43. Attached as Exhibit 30 is a true and correct copy of excerpts of a transcript of the trial testimony of Brian Higgins on September 18, 2023 in *U.S. v. Google*, which was produced by Google in this case with beginning bates number GOOG-ARCELL-00025768.

44. Attached as Exhibit 31 is a true and correct copy of excerpts of a transcript of the deposition testimony of Plaintiff Gary Talewsky on January 22, 2026.

45. Attached as Exhibit 32 is a true and correct copy of excerpts of a transcript of the deposition testimony of Plaintiff Pamela Faust on February 5, 2026.

46. Attached as Exhibit 33 is a true and correct copy of excerpts of a transcript of the deposition testimony of Plaintiff Rosemary D'Augusta on January 27, 2026.

47. Attached as Exhibit 34 is a true and correct copy of excerpts of a transcript of the deposition testimony of Plaintiff William (Bill) Rubinsohn on January 20, 2026.

48. Attached as Exhibit 35 is a true and correct copy of Plaintiff Mary Katherine Arcell's Responses to Defendants' First Set of Requests for Production.

49. Attached as Exhibit 36 is a true and correct copy of Plaintiff Jose Brito's Responses to Defendants' First Set of Requests for Production.

50. Attached as Exhibit 37 is a true and correct copy of Plaintiff Jan Marie Brown's Responses to Defendants' First Set of Requests for Production.

51. Attached as Exhibit 38 is a true and correct copy of Plaintiff Rosemary D'Augusta's Responses to Defendants' First Set of Requests for Production.

52. Attached as Exhibit 39 is a true and correct copy of Plaintiff Brenda Davis' Responses to Defendants' First Set of Requests for Production.

53. Attached as Exhibit 40 is a true and correct copy of Plaintiff Pamela Faust's Responses to Defendants' First Set of Requests for Production.

54. Attached as Exhibit 41 is a true and correct copy of Plaintiff Carolyn Fjord's Responses to Defendants' First Set of Requests for Production.

55. Attached as Exhibit 42 is a true and correct copy of Plaintiff Donald Freeland's Responses to Defendants' First Set of Requests for Production.

DECLARATION OF JOHN E. SCHMIDTLEIN                                          Case No. 3:22-cv-2499-RFL-SK

56.    Attached as Exhibit 43 is a true and correct copy of Plaintiff Gabriel Garavanian's Responses to Defendants' First Set of Requests for Production.

57.    Attached as Exhibit 44 is a true and correct copy of Plaintiff Harry Garavanian's Responses to Defendants' First Set of Requests for Production.

58.    Attached as Exhibit 45 is a true and correct copy of Plaintiff Valarie Jolly's Responses to Defendants' First Set of Requests for Production.

59.    Attached as Exhibit 46 is a true and correct copy of Plaintiff Michael Malaney's Responses to Defendants' First Set of Requests for Production.

60.    Attached as Exhibit 47 is a true and correct copy of Plaintiff Len Marazzo's Responses to Defendants' First Set of Requests for Production.

61.    Attached as Exhibit 48 is a true and correct copy of Plaintiff Lisa McCarthy's Responses to Defendants' First Set of Requests for Production.

62.    Attached as Exhibit 49 is a true and correct copy of Plaintiff Timothy Nieboer's Responses to Defendants' First Set of Requests for Production.

63.    Attached as Exhibit 50 is a true and correct copy of Plaintiff Deborah Pulfer's Responses to Defendants' First Set of Requests for Production.

64.    Attached as Exhibit 51 is a true and correct copy of Plaintiff Bill Rubinsohn's Responses to Defendants' First Set of Requests for Production.

65.    Attached as Exhibit 52 is a true and correct copy of Plaintiff Sondra Russell's Responses to Defendants' First Set of Requests for Production.

66.    Attached as Exhibit 53 is a true and correct copy of Plaintiff Clyde Stensrud's Responses to Defendants' First Set of Requests for Production.

67.    Attached as Exhibit 54 is a true and correct copy of Plaintiff Gary Talewsky's Responses to Defendants' First Set of Requests for Production.

68.    Attached as Exhibit 55 is a true and correct copy of Plaintiff Pamela Sue Ward's Responses to Defendants' First Set of Requests for Production.

69.    Attached as Exhibit 56 is a true and correct copy of Plaintiff Christine Whalen's Responses to Defendants' First Set of Requests for Production.

DECLARATION OF JOHN E. SCHMIDTLEIN                                    Case No. 3:22-cv-2499-RFL-SK

70.   Attached as Exhibit 57 is a true and correct copy of excerpts of the Expert Report of Bryan Keating dated March 6, 2026.

\*           \*           \*

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on May 26, 2026.

By: /s/ *John E. Schmidtlein*
John E. Schmidtlein (CA State Bar No. 163520)

WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:    (202) 434-5000
Facsimile:     (202) 434-5029
Email:          jschmidtlein@wc.com

*Attorney for Defendants Google LLC, Alphabet Inc., and XXVI Holdings Inc.*

- 13 -