UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY KATHERINE ARCELL, et al.,

Plaintiffs,

v.

GOOGLE LLC, et al.,

Defendants.

Case No.  22-cv-02499-RFL

**ORDER TO SHOW CAUSE RE:
SUBJECT-MATTER JURISDICTION**

Re: Dkt. Nos. 242, 251

Federal courts have an independent obligation to address a potential lack of Article III standing.  At summary judgment, a plaintiff must "set forth by affidavit or other admissible evidence 'specific facts' as delineated in Federal Rule of Civil Procedure 56(e) as to the existence of such standing."  *Gerlinger v. Amazon.com Inc., Borders Grp., Inc.*, 526 F.3d 1253, 1256 (9th Cir. 2008) (citation omitted).  Defendants contend that "Plaintiffs' assertion of injury . . . rests on sheer speculation and also lacks the requisite causal connection with the alleged violation."  (Dkt. No. 254 at 19.)[1]  This argument implies that Plaintiffs may not have Article III standing, because they may not have suffered an injury in fact that is fairly traceable to Defendants' actions.  The parties have presumably already submitted all relevant evidence on this question when briefing antitrust standing, as antitrust standing is a "more demanding standard" than Article III standing.  *See Amarel v. Connell*, 102 F.3d 1494, 1507 (9th Cir. 1996).  However, the Court is raising this issue *sua sponte* in the event that Plaintiffs have argument or evidence to present that goes only to the issue of Article III standing.

---

[1] All citations to page numbers in filings on the docket refer to ECF pagination.

1

2

Plaintiffs are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of subject-matter jurisdiction by filing a written response of no longer than five pages alongside any supplemental evidence by **July 15, 2026**.  Defendants may file a written response of no longer than five pages alongside any responsive evidence by **July 20, 2026**.  If Defendants submit supplemental responsive evidence, Plaintiffs may submit a further reply of no longer than five pages by **July 23, 2026**.  If Defendants do not submit supplemental evidence, there shall be no further filings by either party after Defendants' July 20 response.

     **IT IS SO ORDERED.**

Dated: July 6, 2026

RITA F. LIN
United States District Judge

2