Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Last Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mary Katherine Arcell, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>GOOGLE LLC, ALPHABET INC., and XXVI HOLDINGS, INC.,<br><br>Defendants. | Case No: 3:22-cv-02499-RFL<br><br>**PLAINTIFFS' MOTION TO SET STATUS CONFERENCE OR FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: September 8, 2026<br>Time: 10:00 a.m.<br>Place: San Francisco<br>Judge: Hon. Rita F. Lin |

## <u>NOTICE OF MOTION AND MOTION</u>

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Mary Katherine Arcell, *et al.,* respectfully move the Court, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(c), for an order convening a status conference or further case management conference at a date and time designated by the Court.

On February 12, 2025, the Court set a case schedule that included a pretrial conference on October 6, 2026, and jury selection and jury trial on November 2, 2026. Dkt. No. 143. On July 30, 2026, the Clerk issued a notice taking the pretrial conference and jury selection and jury trial off calendar. Dkt. No. 266. No further case management conference, replacement pretrial conference, or replacement trial date is presently identified.

A further case management conference would permit the Court and the parties to address the present posture of the case, any proceedings that remain before trial, and an appropriate schedule for the future disposition of this action.

Plaintiffs bring this request as a motion under Civil Local Rule 16-10(c), which authorizes the Court to schedule a subsequent status or case management conference.

This motion is based on this Notice of Motion and Motion, the following Memorandum of Points and Authorities, the record in this action, and any other matter the Court deems appropriate. Plaintiffs respectfully request that the Court set this matter for hearing on September 8, 2026, at 10:00 AM, in courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA, 94102.  or at a date and time selected by the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Plaintiffs respectfully request that the Court convene a further status or case management conference to address the future course of this action. At the initial case management conference held on February 12, 2025, the Court established a comprehensive schedule culminating in a pretrial conference on October 6, 2026, and jury selection and jury trial beginning November 2, 2026. Dkt. No. 143 before Judge Rita F. Lin.

On July 30, 2026, the Clerk issued a notice taking the pretrial conference and jury selection and jury trial off calendar. Dkt. No. 266. Plaintiffs request that the Court set a

conference so that the parties may receive direction concerning the proceedings and schedule necessary to move this case toward resolution.

A further case management conference is permitted by Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(c). It would permit the Court to assess the present posture of the action, and determine an appropriate schedule for the remainder of the case.

**II. PROCEDURAL BACKGROUND**

The Court conducted the initial case management conference on February 12, 2025. Dkt. No. 143. The Court established deadlines for fact and expert discovery and dispositive motions; set a dispositive-motion hearing for July 7, 2026; set the pretrial conference for October 6, 2026; and set jury selection and jury trial for November 2, 2026.

The February 12, 2025 minute entry further set a further case management conference for January 28, 2026, with an updated case management statement due January 21, 2026. Dkt. No. 143.

On July 30, 2026, the Clerk issued Docket Order No. 266, taking the October 6, 2026 pretrial conference and the November 2, 2026 jury selection and jury trial off calendar. No replacement pretrial conference or trial date has been identified to date. The removal of the principal remaining dates creates a need for direction regarding the next stage of the case.

**III. ARGUMENT**

**A. Rule 16 and Civil Local Rule 16-10(c) Authorize a Further Case Management Conference**

Federal Rule of Civil Procedure 16(a) authorizes the Court to order attorneys and unrepresented parties to appear for pretrial conferences for purposes that include expediting disposition of the action, establishing continuing judicial control so that the case is not protracted because of lack of management, improving trial preparation, facilitating settlement,

and otherwise advancing the just, speedy, and inexpensive disposition of the action. Fed. R. Civ. P. 16(a), (c)(2)(P).

Rule 16 also authorizes the Court to consider and take appropriate action concerning the formulation and simplification of issues, pending motions, the identification of witnesses and documents, trial preparation, settlement, and the setting of dates for further conferences and trial. Fed. R. Civ. P. 16(c)(2).

Civil Local Rule 16-10(c) provides that, during the pendency of an action, the assigned judge may schedule subsequent case management conferences sua sponte or "in response to a stipulated request or motion." N.D. Cal. Civ. L.R. 16-10(c).

**B. A Conference Would Clarify the Future Course of the Case and Promote Efficient Case Management**

A further case management conference is warranted because the dates that had governed the final stages of the action have been removed from the calendar. The parties previously had fixed dates for the pretrial conference and trial. Those dates supplied the framework for completing pretrial preparation and bringing the action to adjudication. Now that those dates have been taken off calendar, the case no longer has a scheduling framework.

A conference would allow the Court, with the benefit of the parties' current positions, to determine what remains to be done and what schedule is appropriate now.

At the requested conference, the Court could address, among other matters:

1. the present procedural posture of the action;
2. any unresolved motions or other matters affecting trial readiness;
3. whether any additional pretrial proceedings are necessary;
4. deadlines for the parties' final pretrial submissions;
5. the timing of a final pretrial conference and trial; and

6. any other case-management measures the Court considers appropriate.

Addressing these matters in a conference would reduce uncertainty and avoid the possibility that the parties undertake unnecessary, premature, or duplicative pretrial work. It would also permit the Court to establish an orderly path toward final resolution consistent with Rule 16's case-management purposes.

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court set a further case management conference at the Court's earliest convenience to address the present posture, future schedule, and orderly disposition of this action.

Dated: August 10, 2026

Respectfully submitted,

**ALIOTO LAW FIRM**

By: /s/ **Joseph M. Alioto**
Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

**LAW OFFICES OF LAWRENCE G. PAPALE**
Lawrence G. Papale (SBN 67068)
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papale.com

**THE VEEN FIRM**
Josephine Alioto (SBN 282989)
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com

**BONSIGNORE TRIAL LAWYERS, PLLC**
Robert J. Bonsignore
23 Forest Street
Medford, MA 02155
Telephone: (781) 856-7650
Email: rbonsignore@classactions.us
Jeffrey K. Perkins (SBN 57996)

**LAW OFFICES OF JEFFREY K. PERKINS**
1550-G Tiburon Boulevard, #344
Tiburon, California 94920
Telephone: (415) 302-1115
Email: jeffreykperkins@aol.com

Attorneys for Plaintiffs