UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

n re: MARY KATHERINE ARCELL; et al.

MARY KATHERINE ARCELL; et al.,

Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

Respondent,

GOOGLE LLC and APPLE INC.,

Real Parties in Interest.

No. 26-2642

D.C. No.
22-cv-02499 RSL SK
Northern District of California,
San Francisco

ORDER

Before: CHRISTEN, MILLER, and COLLINS, Circuit Judges.

The motion (Docket Entry No. 19) to file an oversized reply is granted.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

**DENIED.**