John E. Schmidtlein (SBN 163520)
Graham W. Safty (pro hac vice)
Kees D. Thompson (pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
Email: gsafty@wc.com
Email: keesthompson@wc.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MARY KATHERINE ARCELL, *et al*.,

Plaintiffs,

v.

GOOGLE LLC, ALPHABET INC., and XXVI HOLDINGS INC.,

Defendants.

Case No. 3:22-cv-2499-RFL-SK

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO SET STATUS CONFERENCE OR FURTHER CASE MANAGEMENT CONFERENCE**

Hearing Date: September 8, 2026
Time: 10:00 AM
Place: Courtroom 15—18th Floor
Judge: Hon. Rita F. Lin

Google opposes Plaintiffs' motion for "a status conference or further case management conference" because there is currently no need "to assess the present posture of the action" or "determine an appropriate schedule." ECF 267 at 1, 3. Google moved for summary judgment and the motion is fully briefed. *See* ECF 251, 254, and 258. After the motion was submitted, the Court vacated the trial date and pre-trial deadlines. *See* ECF 266. This is hardly unusual, and Plaintiffs do not offer any sound basis for requesting a conference when a dispositive motion is pending. Under these circumstances, Plaintiffs' suggestion that the parties meet with the Court "to determine what remains to be done and what schedule is appropriate" is nothing more than a thinly veiled request for the Court to explain when it will decide the pending motions or for Plaintiffs' counsel to try to argue a motion that the Court has indicated it does not need argument to resolve. ECF 267 at 4.

If the Court wishes to hear from the parties, Google is of course willing to provide any additional information the Court considers useful in a written submission or at a conference.

DATED: August 24, 2026

**WILLIAMS & CONNOLLY LLP**

By: <u>/s/ *John E. Schmidtlein*</u>

John E. Schmidtlein (CA State Bar No. 163520)
Graham W. Safty (*pro hac vice*)
Kees D. Thompson (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
Email: gsafty@wc.com
Email: keesthompson@wc.com

*Attorneys for Defendants*