Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 14th Floor
San Francisco, CA 94104
Telephone: (415)434-8900
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Last Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARY KATHERINE ARCELL, et al.,

Plaintiffs,

vs.

GOOGLE LLC, ALPHABET, INC., XXVI HOLDINGS INC., APPLE, INC. et al.

Defendants.

Case No. 22-cv-02499-RFL

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO SET STATUS CONFERENCE OR FURTHER CASE MANAGEMENT CONFERENCE**

Hearing Date: September 8, 2026
Time: 10:00 a.m.
Place: San Francisco
Judge: Hon. Rita F. Lin

In reply to Defendant's Response to Plaintiffs' Motion to Set Status Conference or Further Case Management Conference, Plaintiffs respectfully state as follows:

Plaintiffs have moved this Court to set a status conference, or further case management conference, because the pretrial and trial dates previously calendared in this action have since been vacated, leaving the case without any operative schedule. Plaintiffs therefore respectfully request that the Court set a status or further case management conference at its earliest convenience, at which the parties will be prepared to address the case's posture and to propose a revised pretrial and trial schedule.

Dated: August 28, 2026

Respectfully submitted,

**ALIOTO LAW FIRM**

By: */s/ Joseph M. Alioto*
Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
One Sansome Street, 14th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

**LAW OFFICES OF LAWRENCE G. PAPALE**
Lawrence G. Papale (SBN 67068)
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papale.com

**THE VEEN FIRM**
Josephine Alioto (SBN 282989)
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com

**BONSIGNORE TRIAL LAWYERS, PLLC**
Robert J. Bonsignore
23 Forest Street
Medford, MA 02155
Telephone: (781) 856-7650
Email: rbonsignore@classactions.us
Jeffrey K. Perkins (SBN 57996)

**LAW OFFICES OF JEFFREY K. PERKINS**
1550-G Tiburon Boulevard, #344
Tiburon, California 94920
Telephone: (415) 302-1115
Email: jeffreykperkins@aol.com

Attorneys for Plaintiffs