UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY KATHERINE ARCELL, et al.,
Plaintiffs,

v.

GOOGLE LLC, et al.,
Defendants.

Case No. 22-cv-02499-RFL

**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Re: Dkt. No. 276

Having reviewed Magistrate Judge Kim's Order on Apple's Motion for Sanctions (Dkt. No. 272 ("Sanctions Order")) as well as the Motion for Relief from the Sanctions Order and its supporting papers (Dkt. No. 276), the Sanctions Order is well-reasoned and is not clearly erroneous or contrary to law. The conclusion that the November 25, 2025 deposition subpoenas were issued in "bad faith" because "Plaintiffs had attempted no additional discovery and ignored the Order quashing the October 3, 2025 subpoena to Cook," before re-issuing subpoenas that had already been quashed is well-supported by the record and not contrary to law. *See Legal Voice v. Stormans Inc.*, 738 F.3d 1178, 1185 (9th Cir. 2013) (explaining that sanctions under Rule 45(d)(1) are discretionary and that renewing discovery requests that have been previously denied "may be an indication of vexatious conduct").

Likewise, the Sanctions Order does not err in finding that Plaintiffs' December 24, 2025 and February 2026 subpoenas were issued for an "improper purpose." The joint discovery letters reflect that Plaintiffs failed to clearly articulate legitimate reasons why the discovery sought would be relevant to their existing claims against Google and instead framed their purpose in obtaining the discovery at issue in terms of their desire to discover Apple's intent and reinstate Apple as a defendant. Therefore, finding that the December and February subpoenas had been

served for an improper purpose was neither clear error nor contrary to law. Rule 45(d)(1) authorizes sanctions here, where the improper issuance of the subpoenas, not subsequent attorney advocacy, created the burden on Apple. *See Mount Hope Church v. Bash Back!*, 705 F.3d 418, 429 (9th Cir. 2012).

Accordingly, the Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 28, 2026

RITA F. LIN
United States District Judge