UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY KATHERINE ARCELL, et al.,

Plaintiffs,

v.

GOOGLE LLC, et al.,

Defendants.

Case No. 22-cv-02499-RFL

**ORDER DENYING MOTION TO STAY FURTHER PROCEEDINGS ON APPLE'S MOTION FOR SANCTIONS**

Re: Dkt. No. 274

Plaintiffs move to stay further proceedings on Apple's motion for sanctions. The motion is **DENIED**. The sanctions order (Dkt. No. 272) did not turn on application of the apex doctrine. Rather, it turned on Plaintiffs' failure to heed the reasoning of past court orders and intent "to gain evidence to re-name Apple as a defendant." (*Id.* at 10–13.) As a result, any appellate decisions on the apex doctrine are unlikely to impact the sanctions proceedings. Plaintiffs have also failed to show hardship or prejudice. The sanctions order has already issued with its associated findings, and "being required to defend a suit, without more," does not constitute hardship. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1112 (9th Cir. 2005).

**IT IS SO ORDERED.**

Dated: October 13, 2026

RITA F. LIN
United States District Judge